# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY CO.<br><br>Plaintiff(s)/Petitioner(s)<br><br>- against -<br><br>NEW YORK DIAGNOSTIC MEDICAL CARE, P.C., ELEANOR LIPOVSKY, M.D., LEONID RUBIN A/K/A LEONARD RUBIN, ALTA ENTERPRISES, INC., AMOS WEINBERG, AND JOHN DOE DEFENDANTS 1-10<br><br>Defendant(s)/Respondent(s) | INDEX #: 14CV5473<br>DATE FILED: 12/02/2014<br><br>ATTORNEY FILE#: 005100-01176 |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/04/2014, 01:09PM at 49 SOMERSET DRIVE SOUTH, GREAT NECK NY 11020-1821, deponent served the within AMENDED SUMMONS (WITH RIDER) IN A CIVIL ACTION & AMENDED COMPLAINT on AMOS WEINBERG, a defendant in the above action.

By delivering a true copy thereof to and leaving with DEBBIE O'BRIEN/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

THE DEFENDANT AMOS WEINBERG, WHO IS AN ATTORNEY, WORKS AND RESIDES AT THE ABOVE ADDRESS. DEBBIE O'BRIEN WORKS AT THE OFFICE PART OF THE ABOVE ADDRESS FOR/WITH AMOS WEINBERG.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 12/11/2014 addressed to defendant AMOS WEINBERG at 49 SOMERSET DRIVE SOUTH, GREAT NECK NY 11020-1821 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 51   Approximate height 5'06"   Approximate weight 143   Color of skin WHITE   Color of hair BROWN

DEBBIE O'BRIEN told the deponent that AMOS WEINBERG was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 12/11/2014
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017

