UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASULATY CO.,

                      Plaintiffs,

-against-

NEW YORK DIAGNOSTIC MEDICAL CARE, P.C.,
ELEANOR LIPOVSKY, M.D., LEONID RUBIN a/k/a
LEONARD RUBIN, ALTA ENTREPRISES, INC.
and JOHN DOE DEFENDANTS 1-10,

                      Defendants.
---------------------------------------------------------------------x

Action No.: 14-cv-5473

**STIPULATION
TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the Defendants' Alta Enterprises, Inc., Eleanor Lipovsky, M.D., and Leonid Rubin a/k/a Leonard Rubin (collectively the "Responding Defendants"), time to answer the Complaint, or otherwise move, is hereby extended to January 22, 2015. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: New York, New York
       December 30, 2014

RIVKIN RADLER LLP

By: _____
    Max Gershenoff, Esq.
    *Attorneys for Plaintiffs*
    926 RXR Plaza
    Uniondale, New York 11556
    Tel.: (516) 357-3000

HOFFMAN POLLAND & FURMAN PLLC

By: _____
    Mark L. Furman, Esq.
    *Attorneys for Responding Defendants*
    220 East 42nd Street, Suite 435
    New York, New York 10017
    Tel.: (212) 338-0700

To:    All Parties via ECF