UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

                       Plaintiffs,

- against-

NEW YORK DIAGNOSTIC MEDICAL CARE,
P.C., et al.,

                       Defendants.

Civil Action No. 1:14-cv-05473-SJ-RER

**Stipulation to Extend Time to Respond To Complaint**

      **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendant Amos Weinberg that the time for Defendant Amos Weinberg to respond to Plaintiffs' Complaint in the above-captioned action is extended to February 2, 2015.

      IT IS FURTHER STIPULATED AND AGREED THAT Defendant Weinberg shall, by 5:00 p.m. Eastern Standard Time on Wednesday, January 7, 2015, withdraw, with prejudice, any and all pending No-Fault collections actions against Plaintiffs in which he is listed as counsel for Defendant New York Diagnostic Medical Care, P.C., including, but not limited to, any actions in New York City Civil Courts, New York State District Courts, New York State Supreme Court, any arbitration proceedings, and any appeals from any such actions and proceedings currently pending before any court or arbitral forum. Said withdrawals shall be accomplished by defendant Weinberg transmitting executed stipulations of discontinuance with prejudice of all cases so withdrawn to Rivkin Radler, L.L.P., counsel for Plaintiffs, and by taking all other steps that may be reasonably necessary to effectuate such withdrawals.

**IT IS FURTHER STIPULATED AND AGREED THAT** Defendant Weinberg shall further file a notice of voluntary dismissal, with prejudice, of all claims asserted on behalf of New York Diagnostic Medical Care, P.C. in the related case *New York Diagnostic Medical Care, P.C., v. GEICO Casualty Insurance Co.*, No. 14-cv-05498-SJ-RER (E.D.N.Y. 2014) by 5:00 p.m. Eastern Standard Time on Wednesday, January 7, 2015.

Dated: Brooklyn, New York
       January 2, 2015

_____
Gary Tsirelman, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendant Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

/s/ Max Gershenoff (MG 4648)
Max Gershenoff, Esq.
Rivkin Radler, L.L.P.
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556

**SO ORDERED:** _____

2